

# CASEY & BARNETT, LLC
### ATTORNEYS AT LAW
305 Broadway, Ste 1202
New York, New York 10007
Telephone: (212) 286-0225
Facsimile: (212) 286-0261
Web: www.caseybarnett.com

**NEW JERSEY OFFICE**
*Casey & Barnett, LLP*
*P.O. Box 235*
*Fanwood, NJ 07023*

**PENNSYLVANNIA OFFICE**
*Casey & Barnett LLC*
*1818 Bethlehem Pike*
*P.O. Box 27*
*Flourtown, PA 19031*

*td@caseybarnett.com*
*Direct: (646) 362-8926*

**VIA ECF**

Application **GRANTED.** The parties shall file any application to restore the action by **June 5, 2024.** So Ordered.

*[signature]*

Dale E. Ho
United States District Judge
Dated: May 2, 2024
New York, New York

The Hon. Dale E. Ho
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Courtroom 905
New York, NY 10007

Re:  *Endurance American Insurance Company, as subrogee of Crystal Cove Seafood Corp. v. MSC Mediterranean Shipping Company S.A., et al.*
Case No.: 1:23-cv-08945-DEH
Our File No.: 573-33

Dear Judge Ho:

We represent plaintiff, Endurance American Insurance Company ("Plaintiff"), as subrogee of Crystal Cove Seafood Corp. in the above-referenced action. We write to respectfully request a 30-day extension of time to file an application to reopen this matter.

Pursuant to your Order of March 20, 2024 [Dkt. # 43], the deadline to file an application to restore this matter is May 6, 2024. While the parties have finalized the settlement agreement, settlement funds have yet to be received. Therefore, we respectfully request the deadline to file an application to restore this matter be extended up to June 5, 2024.

We remain at the Court's disposal to provide further information for purposes of this request.

Very truly yours,

CASEY & BARNETT, LLC

*[signature]*

Teresa H. Dooley

THD/kc
cc:   All counsel of Record (*via* ECF)