**MEMO ENDORSED**

**CASEY & BARNETT, LLC**
ATTORNEYS AT LAW
305 Broadway, Ste 1202
New York, New York 10007
*Telephone: (212) 286-0225*
*Facsimile: (212) 286-0261*
*Web: www.caseybarnett.com*

**NEW JERSEY OFFICE**
*Casey & Barnett, LLP*
*P.O. Box 235*
*Fanwood, NJ 07023*

**PENNSYLVANNIA OFFICE**
*Casey & Barnett LLC*
*1818 Bethlehem Pike*
*P.O. Box 27*
*Flourtown, PA 19031*

*td@caseybarnett.com*
*Direct: (646) 362-8926*

June 3, 2024

**VIA ECF**

The Hon. Dale E. Ho
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Courtroom 905
New York, NY 10007

> Application **GRANTED**. Any application to reopen this action shall be filed by **July 5, 2024**. So Ordered.
>
> Dale E. Ho
> United States District Judge
> Dated: June 4, 2024
> New York, New York

Re: *Endurance American Insurance Company, as subrogee of Crystal Cove Seafood Corp. v. MSC Mediterranean Shipping Company S.A., et al.*
Case No.: 1:23-cv-08945-DEH
Our File No.: 573-33

Dear Judge Ho:

We represent plaintiff, Endurance American Insurance Company ("Plaintiff"), as subrogee of Crystal Cove Seafood Corp. in the above-referenced action. We write to respectfully request another 30-day extension of time to file an application to reopen this matter.

Pursuant to your Order of May 2, 2024 [Dkt. # 45], the deadline to file an application to restore this matter is June 5, 2024. While the parties have finalized the settlement agreement and a part of the settlement funds have been received, we are still waiting for the remaining funds to be received. Therefore, we respectfully request the deadline to file an application to restore this matter be extended up to July 5, 2024.

We remain at the Court's disposal to provide further information for purposes of this request.

Very truly yours,

CASEY & BARNETT, LLC

Teresa H. Dooley

THD/kc
cc: All counsel of Record (*via* ECF)